# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1095

_____

Jose Maria Gonzales,                     *
                                         *
            Appellant,                   *
                                         *   Appeal from the United States
      v.                                 *   District Court for the Eastern
                                         *   District of Arkansas.
George E. Snyder, Warden, Federal        *
Correctional Institution, Forrest City,  *        [UNPUBLISHED]
Arkansas,                                *
                                         *
            Appellee.                    *

_____

Submitted: May 5, 2000

Filed:  May 18, 2000

_____

Before LOKEN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Jose Maria Gonzales, a federal prisoner, appeals the district court's denial of
Gonzales's 28 U.S.C. § 2241 petition, in which Gonzales asserted he received
ineffective assistance of counsel.  After reviewing the record and the parties' briefs, we
agree with the district court that Gonzales may not proceed under § 2241 because 28
U.S.C. § 2255 is neither an inadequate nor ineffective remedy.  We affirm.  See 8th Cir.
R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.